See Attachment

(10)
4-4-01
sc

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,          :
      Petitioner
                              :

vs.                           :    CIVIL ACTION NO. 1:CV-00-1647

                              :    FILED
                                   HARRISBURG, PA
DONALD ROMINE, Warden         :
      Respondent              :
                                   APR - 3 2001

                                   MARY E. D'ANDREA, CLERK
            O R D E R          PER_____/s/_____
                                        DEPUTY CLERK

AND NOW, this 3rd day of April, 2001, it is ordered that the motion for preliminary injunction (doc. 9), is dismissed since proceedings in this case are closed and the matter is now on appeal. Further, the motion is unrelated to the subject-matter of this action.

/s/ William W. Caldwell
_____
William W. Caldwell
United States District Judge

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

April 3, 2001

Re:  1:00-cv-01647    Buckner v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

```
Robert Leon Buckner
USP-LEW2
Federal Prison Camp
33001-037
P.O. Box 2000, Unit 1
Lewisburg, PA  17837-2000
```

cc:
| | | | |
|---|---|---|---|
| Judge | (✓) | ( ) | Pro Se Law Clerk |
| Magistrate Judge | ( ) | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | ( ) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )   Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to:  US Atty Gen ( )   PA Atty Gen ( )   DA of County ( )   Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other_____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: 4/3/01                              BY: _____
                                              Deputy Clerk