See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,
    Petitioner

vs. : CIVIL ACTION NO. 1:CV-00-1647

DONALD ROMINE, Warden
    Respondent

FILED
HARRISBURG, PA
JUN 1 5 2001
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

O R D E R

AND NOW, this 15th day of June, 2001, upon consideration of the Petitioner's motion, filed today, to reopen this case, closed on September 21, 2000, for failure to exhaust administrative remedies, it is ordered that the motion is denied since the Petitioner's proper course is to file a new petition under 28 U.S.C. § 2241.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 15, 2001

Re: 1:00-cv-01647    Buckner v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Robert Leon Buckner
USP-LEW2
Federal Prison Camp
33001-037
P.O. Box 2000, Unit 1
Lewisburg, PA  17837-2000

cc:
Judge                          (✓)            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____         ( )

                                              MARY E. D'ANDREA, Clerk

DATE: 6/15/01                           BY: _____
                                             Deputy Clerk