OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

(13)
6-22-
8C

June 15, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

RECEIVED
JUN 18 2001
U.S.C.A. 3rd. CIR.

RE: BUCKNER V. ROMINE
Case Number: 1:CV-00-1647  *J. Caldwell*
USCA Case No: 00-3696  Appeal filed 11/01/00

Dear Ms: Waldron:
  Enclosed please find:

___ One certified copy of the docket entries
to be filed as the Certified List in
Lieu of the Record.

**X** Actual Record with one certified copy
and one uncertified copy of docket
entries.   (Docs. #5-#11)

___ One certified copy of docket entries to be filed as the
Certified List in Lieu
of the _____ Supplemental Record

✓ Actual   1st   Supplemental Record with
one certified copy and one uncertified
copy of docket entries.

FILED
HARRISBURG
JUN 21 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

  Please acknowledge receipt for same on the enclosed duplicate copy of
this letter and return to this office.

Sincerely,
MARY E. D'ANDREA, CLERK

*Virginia Gilmore*
Virginia Gilmore
Deputy Clerk