

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY. E. D'ANDREA
*Clerk of Court*



(717) 221-
FAX (717) 221-

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

June 18, 2001

RE: Robert Leon Buckner vs. Donald Romine, Warden
Civil Action No. 1:CV-00-1647
USCA No. 00-3696

*J. Caldwell*

**FILED**
HARRISBUR
JUN 21 2001
MARY E. D'ANDREA, C
Per _____
DEPUTY CLERK

Dear Mr. Sisk:

Enclosed please find:

_____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_____ Actual Record with one certified copy and one uncertified copy of docket entries.

_____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

__x__ Actual __2nd__ Supplemental Record with one certified copy and one uncertified copy of docket entries.
DOCUMENT 12

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

Deputy Clerk